877 F.2d 56
 McShane (Gordon, Mary), Trustees of McShane (Mary T.), f/b/o
McShane (Elizabeth, Louise P.), Swenson (Nancy), First
Fidelity Bank, N.A., Trustees of McShane (Mary), f/b/o
McShane (Leslie, Louise P.), Swenson (Nancy), First Fidelity
Bank, N.A., Trustees of McShane (Mary T.), f/b/o McShane
(Bruce, Louise), Swenson (Nancy), First Fidelity Bank, N.A.,
Trustees of McShane (Mary T.), McShane (Bryan, Louise),
Swenson (Nancy), First Fidelity Bank, N.A., Trustees of
McShane (Mary T.),
 NO. 88-1868
 United States Court of Appeals,
Third Circuit.
 MAY 02, 1989
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.